IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Complaint, is temporarily stayed until July 27, 2007.

3. The parties shall file a joint status report on or before July 27, 2007, informing the Court of the status and outcome of their discussions and making a proposal to the Court about whether and how to proceed with the case; and

4. In the event that the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth, in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the

Complaint and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

SO ORDERED.

Date: ______________________________

______________________________
HON. THOMAS C. WHEELER
United States Court of Federal Claims