IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED VERSION OF PARTIES' JOINT MOTION FOR TEMPORARY STAY OF LITIGATION, AND [PROPOSED] ORDER**

Defendant respectfully files this motion for leave to file a corrected version of the Parties' Joint Motion for Temporary Stay of Litigation [Docket # 5]. Counsel for Defendant inadvertently filed an incorrect earlier draft version of the motion.

In the corrected version of the Parties' Joint Motion for Temporary Stay of Litigation (attached as Exhibit 1 to this Motion for Leave), Defendant has made changes to the following:

1. Defendant has deleted former Paragraph 5, including Footnotes 4 through 6, from the corrected motion.

2. Defendant has modified former Paragraph 6 and re-numbered former Paragraphs 6 through 8 as Paragraphs 5 through 7 in the corrected motion.

Defendant's counsel consulted with Plaintiffs' counsel, who stated that Plaintiffs consent to the filing of the corrected Joint Motion for Temporary Stay of Litigation. Defendant's counsel regrets any inconvenience or confusion to the Court or opposing counsel as a result of the inadvertent filing error.

WHEREFORE, Defendant respectfully requests that its Unopposed Motion for Leave to file

a Corrected Copy of the Parties' Joint Motion For Temporary Stay of Litigation be GRANTED.

Respectfully submitted this 22nd day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
martin.lalonde@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
anthony.hoang@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021