IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's unopposed motion for leave to file a corrected copy of the parties' joint motion for temporary stay of litigation. Upon consideration of Defendant's motion and for good cause shown, it is hereby ordered that

1. Defendant's unopposed motion should be and hereby is GRANTED;

2. The Parties' Joint Motion for Temporary Stay [Docket # 5] is hereby substituted with the Parties' corrected motion.

SO ORDERED.

Date: ____________________________

____________________________________
HON. THOMAS C. WHEELER
United States Court of Federal Claims