**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HAUDENOSAUNEE; THE ONONDAGA NATION, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 06-909L |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND JOINT MOTION TO EXTEND TEMPORARY STAY OF LITIGATION, AND [PROPOSED] ORDER**

Pursuant to this Court's Order of February 23, 2007, and Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully submit this Joint Status Report and Joint Motion for Extension of the Temporary Stay of Litigation of this case, effective immediately, to and including November 27, 2007.

1. On February 23, 2007, this Court granted the parties' motion for a stay of litigation to June 27, 2007, and ordered the parties to report to the Court about the status of their settlement efforts. The Order also suspended Defendant's deadline for answering or otherwise responding to the Complaint, among other things.

2. Since February 23, counsel for the parties have undertaken discussions in meetings and in teleconferences regarding the scope of their settlement negotiations, the identification of documents to be produced by Defendant that are relevant or potentially relevant to the discussions, the outstanding legal claims and factual issues to be resolved, and related

matters. The discussions include the companion case of *The Haudenosaunee and Onondaga Nation v. Kempthorne*, No. 1:06-cv-02254-JR (D.D.C.). In addition to counsel, discussion participants have included representatives from the Solicitor's Office and the Office of Historical Trust Accounting of the Interior Department.

3. The parties have agreed that an informal settlement discussion process is the best mechanism to enable the parties to determine the possibility of settling or otherwise resolving Plaintiffs' issues and claims in this and Plaintiffs' companion case. As part of their agreement, the parties are undertaking informal production of documents to advance their discussions.

4. Pursuant to their agreement, at Plaintiffs' request, Defendant has produced or will produce to Plaintiffs materials from the Tribal Trust Fund Reconciliation Project that relate to Plaintiff Onondaga Nation, as well as Plaintiff Haudenosaunee and its member nations, which will assist Plaintiffs in developing their settlement proposals. Plaintiffs are now reviewing and evaluating these materials. Plaintiffs intend to submit a subsequent written document request for additional documents, and Defendant plans to respond as expeditiously as possible to that request. Also, the parties intend to negotiate and execute joint stipulations and proposed orders to protect the confidentiality of certain documents and data to be provided by Defendant to Plaintiffs. Upon execution of the joint stipulations, the parties intend to submit the pleadings to this Court, as well as the District Court, for their consideration and possible approval and entry as orders in this case and in Plaintiffs' companion case.

5. The parties believe that these discussions are proceeding in good faith and that they are making genuine progress toward an out-of-court resolution of Plaintiffs' claims in this case, as well as Plaintiffs' companion case.

6. The parties agree that extending the temporary stay is in their best interests and that it will serve the goal of judicial economy. Extending the stay will permit an additional period of time to continue these discussions, and is preferable at this stage to litigation as a means to resolve the issues in this case and Plaintiffs' companion case. Requiring the parties to engage in active litigation will detract from their settlement efforts and will not materially aid the parties in narrowing the issues or facilitating their settlement discussions.

7. For the foregoing reasons, the parties respectfully request that the current temporary stay of litigation be extended to and including November 27, 2007. The extension of the temporary stay will allow sufficient time for the discussions and document production to continue. (The parties intend to request the court in the companion case to extend that stay until November 27, 2007, as well.) Specifically, in this case, the parties hereby respectfully request that the Court grant the following relief:

a. Continue the temporary stay of the litigation of this case, to and including November 27, 2007;

b. Continue to defer, among other matters, the time and obligation for Defendant to file its Answer or otherwise respond to the Complaint, until after the termination of the temporary stay;

c. Order that the parties file a joint status report on or before November 27, 2007, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case; and

d. Direct that, in the event the parties seek to reinstate and proceed with the litigation of this case, the parties set forth in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by the Defendant of its

Answer or response to the Complaint and the filing of the parties' Joint Preliminary Status Report pursuant to RCFC Appendix A, ¶ 4.

WHEREFORE, the parties respectfully request that their motion for extension of the temporary stay of litigation be GRANTED.

Respectfully submitted this 27th day of June, 2007.

ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP

s/ Curtis G. Berkey
CURTIS G. BERKEY (D.C. Bar No. 288647)
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: (510) 548-7070
Fax: (510) 548-7080
E-mail: cberkey@abwwlaw.com

*Attorney for Plaintiffs*

RONALD J. TENPAS
Assistant Attorney General

s/ Martin J. LaLonde
MARTIN J. LALONDE (IL Bar No. 6218249)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021
E-mail: martin.lalonde@usdoj.gov

OF COUNSEL:

ANTHONY P. HOANG
DEVON LEHMAN MCCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources

TOM KEARNS
Office of the Solicitor
United States Department of the Interior

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury

*Attorneys for Defendants*