## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HAUDENOSAUNEE; THE ONONDAGA NATION, | ) | |
| Plaintiffs, | ) | Case No: 06-909L |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

This matter is before the Court on the parties' joint motion for extension of the temporary stay of the litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that:

1. The parties joint motion should be and hereby is GRANTED;

2. Effective immediately, the temporary stay of the litigation in this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Complaint, is extended from July 27, 2007 to November 27, 2007;

3. The parties shall file a joint status report on or before November 27, 2007, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case; and

4. In the event the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by the Defendant of its Answer or response to

the Complaint and the filing of parties' Joint Preliminary Status Report pursuant to RCFC Appendix A, ¶ 4.

**SO ORDERED.**

Date:____________________

________________________________
HON. THOMAS C. WHEELER
United States Court of Federal Claims