# In the United States Court of Federal Claims

No. 06-909L

(Filed: July 5, 2007)

```
**************************************** *
THE HAUDENOSAUNEE;                        *
THE ONONDAGA NATION,                      *
                                          *
                        Plaintiff,        *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                        Defendant.        *
                                          *
**************************************** *
```

ORDER

On June 27, 2007, the parties filed a joint motion requesting a stay of proceedings until November 27, 2007, to allow the parties to continue settlement discussions in this and other related cases. For good cause shown, the motion is GRANTED and the deadline for Defendant's answer is suspended. If the parties have not reached a settlement when this stay expires, they shall submit a joint status report and provide a proposed schedule for resuming proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge