IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiff,<br><br>v.<br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The United States of America hereby gives notice of the substitution of counsel in this case of Devon Lehman McCune as counsel of record for Martin J. LaLonde. All files, papers, and correspondence to Ms. McCune should be addressed as follows:

Devon Lehman McCune
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1487
Telefax: 303-844-1350
Email: Devon.McCune@usdoj.gov

Respectfully submitted this 24th day of July, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section

1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

Of Counsel:

ANTHONY HOANG
Department of Justice
Environment & Natural Resources Div.

THOMAS KEARNS
Department of the Interior
Office of the Solicitor

RACHEL HOWARD
Department of the Treasury
Office of the Chief Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2007, a copy of the **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** was electronically sent via the CM/ECF system by the United States Court of Federal Claims on the following party:

Curtis Gene Berkey
Email: cberkey@abwwlaw.com

s/ *Devon Lehman McCune*
Devon Lehman McCune