IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' second joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. The litigation of this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Complaint, shall continue to be stayed until March 26, 2008;

3. The parties shall file a joint status report on or before March 26, 2008, informing the Court of the status of the parties' efforts to resolve the issues and claims of this case (if any), without the need for extended litigation; the status of Defendant's remand motion in Plaintiffs' parallel case, Haudenosaunee and Onondaga Nation v. Kempthorne, No. 06-cv-02254-JR (D.D.C.); and any other relevant matters. Further, if appropriate, they shall make a proposal, by joint motion, to the Court about whether and how to proceed with this case; and

4. In the event that the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth, in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the Complaint and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC

Appendix A, ¶ 4.

SO ORDERED.

Date: ______________________________ ________________________________________________

HON. THOMAS C. WHEELER
United States Court of Federal Claims