**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**[PROPOSED] ORDER**

This matter is before the Court on a joint motion for temporary stay of litigation.

Upon consideration of the motion and for good cause shown, it is hereby ordered that:

1. The joint motion should be and hereby is GRANTED;

2. Effectively immediately, the litigation of this case, including Defendant's time and obligation to file its answer or otherwise respond to the Complaint, is temporarily stayed until January 16, 2009;

3. The parties shall file a joint status report on or before January 16, 2009, informing the Court of the status and outcome of their discussions and making a proposal to the Court, if appropriate, about whether and how to proceed with the case.

SO ORDERED.

Date:

__________________________
HON. THOMAS WHEELER
United States Court of Federal Claims