**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HAUDENOSAUNEE;<br>THE ONONDAGA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-909L<br>Judge Thomas C. Wheeler |

**NOTICE OF APPEARANCE PURSUANT TO RCFC 83.1 (c)(5)**

To the Clerk:

Please enter the appearance of Jody Schwarz as attorney of record for the United States in the above referenced action, and withdraw the appearance of Devon Lehman McCune. Service of all papers by U.S. Mail should be addressed as follows:

Jody Schwarz
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Federal express and hand deliveries should be addressed to :

Jody Schwarz
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
601 D. St., NW
Washington, D.C. 20004
(202) 305- 0245 (telephone)
(202) 353-2021 (fax)

Respectfully submitted this 23rd day of July, 2008

RONALD J. TENPAS
Assistant Attorney General

*/s/ Jody H. Schwarz*
Jody Schwarz, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0245 (tel.)
(202) 353-2021 (fax)
Jody.Schwarz@usdoj.gov

OF COUNSEL:

ANTHONY P. HOANG
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0241 (tel.)
(202) 353-2021 (fax)

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd July 2008, a copy of the NOTICE OF ELECTRONIC FILING for the foregoing Notice of Appearance be sent by the Court's ECF System, to:

Curtis G. Berkey
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 401
Berkeley, CA 94704

DATED this 23rd day of July, 2008.

*/s/ Jody H. Schwarz*
Jody Schwarz