# In the United States Court of Federal Claims

No. 06-909L

(Filed: July 23, 2008)

*************************************** *
THE HAUDENOSAUNEE; *
THE ONONDAGA NATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

As discussed with counsel for the parties, the Court will conduct a telephonic conference on the record in the above-captioned case on July 28, 2008, at 3:00 PM. The parties should be prepared to discuss the issues raised in the July 18, 2008 joint motion for extension of the temporary stay of litigation.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge